No. 11–7305. RICHARDSON *v.* GRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7512. RIPKOWSKI *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7517. BYRD *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–7536. NEWTON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–7547. WORTHINGTON *v.* WASHINGTON STATE ATTORNEY GENERAL'S OFFICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7556. YBARRA *v.* CLARK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7560. SAUNDERS-EL *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–7562. SMITH *v.* BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7567. SPEAKER *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–7568. RIVERA *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7578. EDWARDS *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 11–7579. DEBOSE *v.* WILLIAMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7580. CATCHINGS *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 11–7583. BELL *v.* DAVIS, WARDEN. C. A. 7th Cir. Certiorari denied.